After reviewing briefs filed by counsel for both parties and hearing oral arguments by both parties the Full Commission, in its discretion, remands the above-captioned case for the taking of additional evidence. The depositions of Dr. Stephen Grubb and Dr. James Markworth shall be taken within 60 days upon receipt of this order. Upon receipt of the above depositions, a final Opinion and Award will be issued in this matter in due course.
Defendants shall pay the costs of said depositions.
 S/ ___________________ COY M. VANCE COMMISSIONER
CONCURRING:
S/ ___________________ THOMAS J. BOLCH COMMISSIONER
DISSENTING:
S/ ___________________ DIANNE C. SELLERS COMMISSIONER